FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-487-ADA<br>CIVIL ACTION NO. 6:20-cv-488-ADA<br>CIVIL ACTION NO. 6:20-cv-489-ADA<br>CIVIL ACTION NO. 6:20-cv-490-ADA<br>CIVIL ACTION NO. 6:20-cv-491-ADA<br>CIVIL ACTION NO. 6:20-cv-492-ADA<br>CIVIL ACTION NO. 6:20-cv-493-ADA<br>CIVIL ACTION NO. 6:20-cv-494-ADA<br>CIVIL ACTION NO. 6:20-cv-495-ADA<br>CIVIL ACTION NO. 6:20-cv-496-ADA<br>CIVIL ACTION NO. 6:20-cv-497-ADA<br><br>JURY TRIAL DEMANDED<br><br>*FILED UNDER SEAL* |
| Plaintiff, | | |
| v. | | |
| ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC. | | |
| Defendants. | | |

## MOTION FOR LEAVE TO FILE SUR-REPLY

WSOU Investments ("WSOU") respectfully requests leave to file the attached sur-reply (**Exhibit A**[1]) opposing ZTE USA's and ZTE TX's renewed motion to dismiss or transfer. WSOU requests leave to file a sur-reply to: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ but that was not produced until after WSOU filed its response; and (2) briefly address arguments made in ZTE's reply brief.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[1] While this document and Exhibit A are being filed in each of the above captioned cases, to preserve resources, the remaining exhibits are being filed only in the -487 case.

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████

████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████

████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████.[2]

████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

---

[2] ZTE did not produce any of the Gogo contracts. WSOU obtained them from public sources and from Gogo.

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████

      WSOU did not receive Amendment No. 4 until it was produced by Gogo after WSOU filed its response. It should have been produced by ZTE at least before Mr. Wood's May 26, 2020 deposition. Therefore, WSOU respectfully seeks leave to file the attached sur-reply, which addresses the significance of Amendment No. 4 and briefly addresses other arguments raised in ZTE's reply.

Dated: July 1, 2021

Respectfully submitted,

By:  */s/ Ryan Loveless*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court [LIVE]-Document Filing System to all counsel of record July 1, 2021.

*/s/ Ryan Loveless*
Ryan S. Loveless

## **CERTIFICATE OF CONFERENCE**

Counsel for WSOU conferred with counsel for ZTE by email on June 30, 2021. The parties did not agree and ZTE is opposed to the relief requested.

*/s/ Ryan Loveless*
Ryan S. Loveless