# Exhibit A
## (Proposed Sur-Reply)
FULLY REDACTED