# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | CIVIL ACTION NO. 6:20-cv-487-ADA<br>CIVIL ACTION NO. 6:20-cv-488-ADA<br>CIVIL ACTION NO. 6:20-cv-489-ADA<br>CIVIL ACTION NO. 6:20-cv-490-ADA |
| Plaintiff, | § § | CIVIL ACTION NO. 6:20-cv-491-ADA<br>CIVIL ACTION NO. 6:20-cv-492-ADA |
| v. | § § | CIVIL ACTION NO. 6:20-cv-493-ADA<br>CIVIL ACTION NO. 6:20-cv-494-ADA |
| **ZTE CORPORATION, ZTE (USA) INC., AND ZTE (TX), INC.** | § § § | CIVIL ACTION NO. 6:20-cv-495-ADA<br>CIVIL ACTION NO. 6:20-cv-496-ADA<br>CIVIL ACTION NO. 6:20-cv-497-ADA |
| Defendants. | § § | JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR LEAVE

Having considered WSOU's motion for leave to file a sur-reply opposing ZTE's renewed motions to dismiss or transfer and the briefing related to it, the Court finds WSOU's motion for leave should be GRANTED. The Court hereby GRANTS the motion.

_____
Hon. Alan D. Albright