IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00487-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00488-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-00489-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00490-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00491-ADA** |
| v. | § | **CIVIL ACTION 6:20-cv-00492-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00493-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00494-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00495-ADA** |
| **ZTE CORPORAION,** | § | **CIVIL ACTION 6:20-cv-00496-ADA** |
| *Defendant*. | § | **CIVIL ACTION 6:20-cv-00497-ADA** |

**JOINT NOTICE REGARDING EXTENSION OF DEADLINES**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant ZTE Corporation ("ZTE"), (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the Scheduling Order, Dkt. 45, to afford the Parties more time for the purposes of completing depositions and discovery identified in the Court's December 6, 2021 order; addressing any outstanding discovery disputes subject to the Local Civil Rules; and to reduce the number of claims and prior art references currently at issues. The Parties have jointly agreed to modify the schedule as follows:

| Event | Original Deadline | Proposed Extension |
|---|---|---|
| Close of Fact Discovery. | December 17, 2021 | June 17, 2022 |
| Opening of Expert Reports. | December 31, 2021 | June 30, 2022 |
| Rebuttal Expert Reports. | January 21, 2022 | July 21, 2022 |
| Close of Expert Discovery. | February 11, 2022 | August 11, 2022 |
| Deadline for the second of two meet and confers to discuss narrowing the number of specific claims asserted and specific prior art references to be asserted to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | February 18, 2022 | August 18, 2022 |
| Joint Report. | February 23, 2022 | August 25, 2022 |
| Dispositive motion deadline and *Daubert* motion deadline. | February 25, 2022 | August 25, 2022 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | March 11, 2022 | September 12, 2022 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | March 25, 2022 | September 26, 2022 |
| Serve objections to rebuttal disclosures and file motions *in limine*. | April 1, 2022 | October 3, 2022 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | April 8, 2022 | October 10, 2022 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | April 15, 2022 | October 17, 2022 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. | April 26, 2022 | October 26, 2022 |
| (Proposed) Final Pretrial Conference. | April 29, 2022 | October 27, 2022 |

| (Proposed) Jury Selection / Trial. | June 20, 2022 | December 12, 2022 |
|---|---|---|

Dated: December 17, 2021

By: */s/ Mark D. Siegmund*
Mark D. Siegmund
State Bar No. 24117055
mark@swclaw.com
STECKLER WAYNE COCHRAN CHERRY, PLLC
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas State Bar No. 24061296
Jeff Huang
**ETHERIDGE LAW GROUP, PLLC**
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

*Attorneys for Plaintiff*

By: */s/Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

Attorney for Defendant,
ZTE Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on December 17, 2021.

                                                                                   */s/ Mark D. Siegmund*
                                                                                    Mark D. Siegmund