## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT vs. ZTE CORPORATION ET AL. | Case No.: 6:20-CV-00487-ADA, 6:20-CV-00488-ADA, 6:20-CV-00489-ADA, 6:20-CV-00490-ADA, 6:20-CV-00491-ADA, 6:20-CV-00492-ADA, 6:20-CV-00493-ADA, 6:20-CV-00494-ADA, 6:20-CV-00495-ADA, 6:20-CV-00496-ADA, 6:20-CV-00497-ADA |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Julianne Laporte , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent WSOU Investments, LLC in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of) KASOWITZ BENSON TORRES LLP with offices at:

    Mailing address: 1633 Broadway

    City, State, Zip Code: New York, NY 10019

    Telephone: 212-506-1700          Facsimile: 212-506-1800

2.  Since September 18, 2017 , Applicant has been and presently is a member of and in good standing with the Bar of the State of New York . Applicant's bar license number is 5547906 .

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | State of New York | September 18, 2017 |
    | Southern District of New York | November 7, 2017 |
    | Eastern District of New York | November 7, 2017 |

4.   Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5.   I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: __1:21-mc-00044-ADA__ on the __25th__ day of ___January___, __2021__.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Mark D. Siegmund

Mailing address:  8416 Old McGregor Road

City, State, Zip Code:  Waco, TX 76712

Telephone:  (254) 651-3690

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Julianne Laporte _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Julianne Laporte
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the 20th day of December , 2021 .

Julianne Laporte
[printed name of Applicant]

[signature of Applicant]

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND
vs.
ZTE CORPORATION ET AL.

Case No.: 6:20-CV-00487-ADA,
6:20-CV-00488-ADA, 6:20-CV-00489-ADA,
6:20-CV-00490-ADA, 6:20-CV-00491-ADA,
6:20-CV-00492-ADA, 6:20-CV-00493-ADA,
6:20-CV-00494-ADA, 6:20-CV-00495-ADA,
6:20-CV-00496-ADA, 6:20-CV-00497-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Julianne Laporte , counsel for

WSOU Investments, LLC , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Julianne Laporte may appear on behalf of WSOU Investments, LLC

in the above case.

IT IS FURTHER ORDERED that Julianne Laporte , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December , 20 21 .


_____
UNITED STATES DISTRICT JUDGE