UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT<br>vs.<br>ZTE CORPORATION ET AL. | Case No.: 6:20-CV-00487-ADA, 6:20-CV-00488-ADA, 6:20-CV-00489-ADA, 6:20-CV-00490-ADA, 6:20-CV-00491-ADA, 6:20-CV-00492-ADA, 6:20-CV-00493-ADA, 6:20-CV-00494-ADA, 6:20-CV-00495-ADA, 6:20-CV-00496-ADA, 6:20-CV-00497-ADA |

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Hershy Stern__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __WSOU Investments, LLC__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __KASOWITZ BENSON TORRES LLP__ with offices at:

    Mailing address: __1633 Broadway__

    City, State, Zip Code: __New York, NY 10019__

    Telephone: __212-506-1700__     Facsimile: __212-506-1800__

2. Since __2009__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __New York__. Applicant's bar license number is __4631024__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | NY Bar | January 14, 2009 |
    | US District Court, EDNY | March 24, 2009 |
    | US District Court, SDNY | March 24, 2009 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: SEE ATTACHED ___ on the ___ day of _____, ____.
   Number: _____ on the ___ day of _____, ____.
   Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mark D. Siegmund

Mailing address: 8416 Old McGregor Road

City, State, Zip Code: Waco, TX 76712

Telephone: (254) 651-3690

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Hershy Stern to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Hershy Stern
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 3rd day of January, 2022.

Hershy Stern
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## PREVIOUS *PRO HAC VICE* APPEARANCES FOR

## HERSHY STERN

| CASE NUMBER | DATE |
|---|---|
| 6:20-cv-00923-ADA | July 27, 2021 |
| 6:20-cv-00924-ADA | July 27, 2021 |
| 6:20-cv-00925-ADA | July 27, 2021 |
| 6:20-cv-00926-ADA | July 27, 2021 |
| 6:20-cv-00927-ADA | July 27, 2021 |
| 6:20-cv-00980-ADA | October 11, 2021 |
| 6:20-cv-00980-ADA | October 11, 2021 |
| 6:20-cv-00952-ADA | October 28, 2021 |
| 6:20-cv-00953-ADA | October 28, 2021 |
| 6:20-cv-00956-ADA | October 28, 2021 |
| 6:20-cv-00957-ADA | October 28, 2021 |
| 6:20-cv-00958-ADA | October 28, 2021 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND
vs.
ZTE CORPORATION ET AL.

Case No.: 6:20-CV-00487-ADA,
6:20-CV-00488-ADA, 6:20-CV-00489-ADA,
6:20-CV-00490-ADA, 6:20-CV-00491-ADA,
6:20-CV-00492-ADA, 6:20-CV-00493-ADA,
6:20-CV-00494-ADA, 6:20-CV-00495-ADA,
6:20-CV-00496-ADA, 6:20-CV-00497-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Hershy Stern, counsel for WSOU Investments, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Hershy Stern may appear on behalf of WSOU Investments, LLC in the above case.

IT IS FURTHER ORDERED that Hershy Stern, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December, 20 21.

UNITED STATES DISTRICT JUDGE