# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**ZTE CORPORATION**<br><br>*Defendant.* | **CIVIL ACTION NO. 6:20-cv-00487-ADA-DTG**<br>**CIVIL ACTION NO. 6:20-cv-00488-ADA-DTG**<br>**CIVIL ACTION NO. 6:20-cv-00489-ADA-DTG**<br>**CIVIL ACTION NO. 6:20-cv-00491-ADA-DTG**<br>**CIVIL ACTION NO. 6:20-cv-00497-ADA-DTG**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES

On March 27, 2023, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant ZTE Corporation ("Defendant") (collectively, "Parties") filed a Joint Notice of Settlement and Motion to Stay All Deadlines. D.I. 377.[1] On March 29, 2023, the Court granted the Parties' motion and stayed the above-captioned actions until May 5, 2023. D.I. 380. On May 5, 2023, the Parties filed a Joint Motion to Stay All Deadlines (D.I. 383), and on May 9, 2023, the Court granted the Parties' motion and stayed all deadlines through June 5, 2023 (May 9, 2023 Text Order).

A settlement in principle has been reached to resolve all matters in controversy asserted by Brazos's First Amended Complaint (D.I. 38). The Parties have reached agreement on all but two terms in the settlement agreement. Accordingly, the Parties request a further stay of all deadlines

---

[1] Unless otherwise noted, all "D.I. ___" citations refer to Case No. 6:20-cv-00487-ADA-DTG.

to allow for negotiations regarding the two remaining terms to be finalized, and the Parties to submit a motion to dismiss all claims and counterclaims at issue.

The Parties expect to file dismissal papers within twenty-five (25) days.

In light of this settlement and impending dismissal, the Parties respectfully request the Court stay all impending deadlines until June 30, 2023.

Dated: June 5, 2023

By: */s/ Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
Lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
T: (571) 203-2700
F: (202) 408-4400

**Attorneys for Defendant ZTE CORPORATION**

RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Chen Jia (CA Bar No. 281470)
(Admitted in this District)
cjia@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Lea Dartevelle Erhel (NY Bar No. 5172101)
(Admitted *pro hac vice*)
ldartevelle@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
Jessica C. Sutliff (NY Bar No. 2772150)
(Admitted *pro hac vice*)
jsutliff@kasowitz.com
Ryan A. Madden (NY Bar No. 5706080)
(Admitted *pro hac vice*)
rmadden@kasowitz.com
Dexin Deng (NY Bar No. 5512520)
(Admitted *pro hac vice*)
deng@kasowitz.com
Sara E. Wolfe (NY Bar No. 24109688)
(Admitted *pro hac vice*)
swolfe@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Jacob Abrams (FL Bar No. 1008804)
jabrams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 377-1666
Facsimile:  (305) 675-2457

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
Craig D. Cherry (TX Bar No. 24012419)
ccherry@cjsjlaw.com
Justin W. Allen (TX Bar No. 24081977)

justin@cjsjlaw.com
Melissa S. Ruiz (TX Bar No. 24128097)
mruiz@cjsjlaw.com
Gregory P. Love (TX Bar No. 24013060)
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 5th day of June, 2023, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
